# United States District Court
## Violation Notice

EV66

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 7877415 | ASMUSSEN | 1027 |

7877415

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☑ State Code |
|---|---|
| 09/30/2025 @ 0725 | (VA) 46.2-1594 |

Place of Offense

S/B GWMP N/O MEMORIAL AVENUE

Offense Description: Factual Basis for Charge   HAZMAT ☐

EXPIRED TEMPORARY LIC. PLATES

GEORGIA 02-24-2025

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| WYNN JR | MILTON | R |

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| SZI54762 | GA | 25 | 2004 HONDA | | RED |

A ☑ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

PAY THIS AMOUNT → MA

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

### YOUR COURT DATE

Date: 10/17/2025
Time: 0830

(Rev. 09/2015)   Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20___ while exercising my duties as a law enforcement officer in the _____ District of _____

The foregoing statement is based upon:
☐ my personal observation
☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident